UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> V. <br><br> JUSTIN M. MONTGOMERY, <br>     Defendant. | CRIMINAL NO. 5:19-176-KKC-1 <br><br> **OPINION AND ORDER** |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on Defendant Justin Montgomery's motion (DE 45), and supplemental letter (DE 47), for compassionate release under 18 U.S.C. 3582(c)(1)(A), and Montgomery's second motion for an extension of time to file his reply brief. (DE 54.) Montgomery seeks an extension because following the United States' response (DE 50) arguing that Montgomery had not exhausted his administrative remedies, he submitted a request for compassionate release to the Warden of his facility on March 16, 2022.

The Court does not fault Montgomery for thinking that granting an extension for his reply while he exhausts his administrative remedies would be the quickest way for the Court to resolve his motion. However, the caselaw is clear that a compassionate release motion *must* be filed *after* a defendant exhausts his administrative remedies. *United States v. Alam*, 960 F.3d 831, 833 (6th Cir. 2020). To ensure that Montgomery's motion is on proper procedural footing before the Court, the Court will deny his currently pending motion without prejudice so that he can file a new motion—if necessary and if he so chooses—after he has exhausted his administrative remedies.

Accordingly, the Court hereby ORDERS:

(1) Montgomery's motion for an extension of time (DE 54) is DENIED;

(2) Montgomery's motion for compassionate release (DE 45) is DENIED WITHOUT PREJUDICE;

(3) Montgomery may re-submit his motion when he can provide proof that he "has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier . . . ." 18 U.S.C.A. § 3582(c)(1)(A); and

(4) The Clerk of Court SHALL mail the defendant a copy of his previous motion (DE 45) along with this order.

This 30th day of March, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY